MICHAEL O'BRIEN, Appellant, *v.* ROBERT J. SMITH, Respondent.

*O'Brien* v. *Smith*, 87 Hun, 621, affirmed.
(Argued April 25, 1899; decided May 12, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered November 25, 1896, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Campbell E. Locke* and *Edward W. S. Johnston* for appellant.

*Frederic A. Ward* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.

---

JOHN YOOS, Appellant, *v.* THE CITY OF ROCHESTER, Respondent.

*Yoos* v. *City of Rochester*, 92 Hun, 481, appeal dismissed.
(Argued May 4, 1899; decided May 12, 1899.)

APPEAL from an order of the late General Term of the Supreme Court in the fifth judicial department, entered December 30, 1896, reversing a judgment of the Monroe County Court, entered upon a verdict in favor of plaintiff, and granting a new trial.

*Arthur Warren* for appellant.

*John F. Kinney* for respondent.

Appeal dismissed, with costs.